December 19, 1979.

424 A.2d 550

Commonwealth v. Gomez, Appellant.

Submitted April 10, 1979. William E. Stockey, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

424 A.2d 550

Commonwealth v. Jones, Appellant.

Argued April 12, 1979. Carl M. Moses, for appellant; Harry A. Penich, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.